THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ROSSETTI, Appellant. [932 NYS2d 354]—

0

Upon this Court's independent review of the record, we conclude that a nonfrivolous issue exists as to whether the County Court providently exercised its discretion in denying the defendant's request for "an opportunity to withdraw his plea" (*People v Rossetti*, 55 AD3d 637, 637-638 [2008]). Accordingly, assignment of new counsel is warranted. Skelos, J.P., Angiolillo, Belen, Lott and Roman, JJ., concur.